HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
CESAR D. CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-PO-00614 JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER SETTING COLLATERAL FORFEITURE** |
| CESAR D. CARRILLO, | |
| Defendant. | Date: June 12, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Cesar D. Carrillo, that collateral forfeiture may be set in the above case in the amount of $350 in lieu of the appearance scheduled for June 12, 2019. The parties agree that the scheduled status conference may be vacated.

Mr. Carrillo is charged in violation notice 7576821/CA76 with driving without a license. The parties have agreed to convert this citation from a mandatory appearance to a collateral forfeiture in the amount of $350 plus a $30 processing fee. To resolve the citation, Mr. Carrillo

/ / / / /

/ / / / /

/ / / / /

-1-

will pay a total amount of $380 to the Central Violations Bureau within 60 days of the day the Court adopts the attached order.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  June 10, 2019          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for CESAR D. CARRILLO


                               McGREGOR SCOTT
                               United States Attorney

Dated:  June 10, 2019          /s/ T. Zindel for S. St. Vincent
                               SUSAN ST. VINCENT
                               Legal Officer

# **O R D E R**

The status conference scheduled for June 12, 2019, is vacated. Collateral is set at $350. Mr. Carrillo shall pay $350 plus a $30 processing fee to Central Violations Bureau within 60 days of the date of this order.

IT IS SO ORDERED.

Dated:   June 12, 2019                    _____
                                          UNITED STATES MAGISTRATE JUDGE